October 15, 2015

TO: Chhristopher A. Pine
Fourteenth Court of Appeals
301 Fannin St., Room 245
Houston, Texas-77002-2062

14-10-15-CV

FILED IN
14th COURT OF APPEALS
HOUSTON TEXAS
OCT 20 2015
CHRISTOPHER A. PRINE
CLERK

MAILED
10-19-15

TO: Civil Rule art. 4.2 and 4.5:

Mr.C.A.Pine:

My rule book was printed in 2003 and I need to know if this rule still applies today in Civil cases where a court's order order that was issued to a plaintiff on July 28, 2014, but the plaintiff did not receive any notice until October 8, 2014but the plaintiff October 8, 2015 and received by the dated of the post marke on the envelope October 5, 2015. That was on the envelope and was given to Risley on the October 8, 2015 by the T.E.C.J.-ID mail room clerk on the 9th , 2015.

This rule states that the time limit begin's on the date he receives actuall knowledge of that court's order of dismissal. Tex. R. C iv. Proc. art. 4.2 and 4.5.

I need to know if these two rules art still true.

thankyou for your help in this matter.

Respectfully,

Billy Ray RISLEY
715659-Pack One Unit

2400 Wallace Pack Road
Navasota, Texas-77868-4567

cc/